UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JT HOLDINGS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | NO. 3:17-cv-00524 |
| | ) | REEVES/POPLIN |
| THOMAS F. SCHAFFLER, | ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT

Before the Court is United States Magistrate Judge Poplin's Report and Recommendation ("R&R") [D. 12]. Judge Poplin recommends that JT Holdings's motion for default judgment [D. 6] be granted, and that default judgment in the amount of $414,235.92 be entered in JT Holdings's favor. Judge Poplin further recommends that JT Holdings be awarded $6,278.00 for the attorney's fees and costs incurred in litigating this case for a total judgment of $420,513.92 plus interest. There have been no objections to the R&R, and enough time has passed to treat any objection as forfeited. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court agrees with the R&R and hereby **ADOPTS** it. For the reasons stated in the R&R, JT Holdings's motion for default judgment [D. 6] is **GRANTED**. Default judgment is hereby **ENTERED** against Thomas F. Schaffler in the amount of $420,513.92 plus interest. JT Holdings is **ORDERED** to file with the Clerk's office within 30 days a bill of costs with an itemized accounting.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

1